# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**VERNON FLETCHER**                                                                 **PLAINTIFF**

**V.**            **CASE NO. 3:20-CV-249-JM-BD**

**JOHN BALORY and**
**JOHN CATER**                                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Fletcher may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, Mr. Fletcher may waive the right to appeal questions of fact.

### II.   Discussion

Mr. Fletcher was an inmate at the Craighead County Detention Facility when he filed this civil rights lawsuit on August 24, 2020, without the help of a lawyer. (Doc. No. 2) On September 14, 2020, mail sent to Mr. Fletcher from the Court was returned as "undeliverable." (Doc. No. 4) On September 16, the Court ordered Mr. Fletcher to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc.

No. 5) That order was returned to the Court, marked "undeliverable," on October 14. (Doc. No. 6) Local rules require pro se plaintiffs, including Mr. Fletcher, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III. Conclusion

The Court recommends that Mr. Fletcher's claims be DISMISSED, without prejudice, based on his failure to comply with the September 16 Order (Doc. No. 5) and his failure to prosecute this lawsuit.

DATED this 19th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE