IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERNON FLETCHER**                                                                  **PLAINTIFF**

V.                          CASE NO. 3:20-CV-249-JM-BD

**JOHN BALORY and**
**JOHN CATER**                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. Mr. Fletcher has not filed objections. After careful review of the file, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Fletcher's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 16 Order and his failure to prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED, this 9th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE