**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**VERNON FLETCHER**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-249-JM-BD**

**JOHN BALORY and**
**JOHN CATER**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED, this 9th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE